Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Spreitzer,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Stingers Double D, LLC, Dale Hanson, and Dana Hanson,<br><br>　　　　　　　　Defendant. | No. 2:15-cv-01514-SMM<br><br>**NOTICE OF SETTLEMENT** |

　　　Notice is hereby given that the parties to this action have settled the matter. The parties anticipate filing within 30 days a stipulation for dismissal with each party to bear their own attorney's fees and costs.

　　　Respectfully submitted on this 14th day of December, 2015,

　　　　　　　　　　　　　　　　　　JOSHUA CARDEN LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　By: s/Joshua W. Carden
　　　　　　　　　　　　　　　　　　Joshua W. Carden
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　*Stingers Double D, LLC, Dale Hanson, and*
　　　　　　　　　　　　　　　　　　*Dana Hanson*



**CERTIFICATE OF SERVICE**

I certify that on the 14th day of December, 2015, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

Clifford Bendau II
THE BENDAU LAW FIRM, PLLC
6350 East Thomas Road, Suite 330
Scottsdale, AZ 85251
*Attorneys for Plaintiff*
*Nicole Spreitzer*

            /s/Joshua W. Carden

